# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 800
:
REAPPOINTMENT TO THE COMMITTEE : SUPREME COURT RULES DOCKET
ON RULES OF EVIDENCE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2019, Stanley J. Parker, Esquire, Allegheny County, is hereby reappointed as a member of the Committee on Rules of Evidence for a term of three years, commencing November 1, 2019.